THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-148-JNW |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER TO SEAL EXHIBITS |
| BRIAN MICHIAL CHRISTENSEN, | |
| Defendant. | |

THE COURT has considered Mr. Christensen's motion to seal exhibits 9, 10, and 11 and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that exhibits 9–11 be filed under seal.

DONE this 17th day of December 2024.

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Brian Christensen

ORDER TO SEAL EXHIBITS
(*United States v. Christensen*, CR24-148-JNW) 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100